```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CR142 |
| v. ) | |
| ) | |
| MARSHALL T. BOX, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

Defendant has moved for release to a third party custodian. This court previously denied a similar motion, and this one must also be denied. Defendant has well demonstrated by his past, extensive criminal record that he is unwilling or unable to abide by conditions of release or to refrain from assaultive and other violent behavior. His release poses a severe danger to the safety of the community.

IT THEREFORE HEREBY IS ORDERED, the motion for release, filing 59, is denied.

DATED this 24th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge